# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: DEEPWATER HORIZON BELO CASES | Case No. 3:19cv963 |
| This Document Relates to:<br>*Kenneth Davenport, 5:18-cv-245*<br>*Lester Jenkins, 5:19-cv-260*<br>*Michael Moulder, 5:19-cv-12*<br>*Dwight Siples, 5:19-cv-310* | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

Pending is the Report and Recommendation of the Magistrate Judge dated February 23, 2022, ECF No. 422, recommending the denial of Defendants' Motion to Strike Plaintiffs' Second Expert Witness Disclosure dated January 14, 2022. ECF No. 414 (Master Docket). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to object. No timely objections have been filed. Having considered the Report and Recommendation and the record, the Court has determined that it should be adopted.

Accordingly:

1. The Magistrate Judge's Report and Recommendation, ECF No. 422, is adopted and incorporated by reference in this Order.

2. Defendants' Motion to Strike Plaintiffs' Second Expert Witness Disclosure dated January 14, 2022. ECF No. 414 (Master Docket), is **DENIED**.

3.     The Clerk is directed to file a copy of this Order in each of the above-listed cases, and terminate the pending motion.[1]

**DONE AND ORDERED** this 6th day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

---

[1] The ECF numbers for the motion on the individual case dockets are as follows: Kenneth Davenport, 5:18-cv-245 (ECF No. 45); Lester Jenkins, 5:19-cv-260 (ECF No. 34); Michael Moulder, 5:19-cv-12 (ECF No. 75); and Dwight Siples, 5:19-cv-310 (ECF No. 35).